**UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

THOMAS J FARRELL JR               Chapter 13
HOLLY L FRY

           Debtor           Bankruptcy No. 12-13564-MDC

**Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List**

AND NOW, this ___24d___ day of ___April___, 2014, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106-0119

Debtor's Attorney:
SHERRI R. DICKS, ESQUIRE
P.O. BOX 42251

PHILADELPHIA, PA 19101-

Debtor:
THOMAS J FARRELL JR
HOLLY L FRY

2218 E. CUMBERLAND STREET
PHILADELPHIA, PA 19125